UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE PEARCE,<br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security,<br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:15-CV-32-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 29] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 23] is DENIED, defendant's motion for judgment on the pleadings [D.E. 25] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on September 1, 2016, and Copies To:**

R. David Wicker, Jr.     (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell       (via CM/ECF Notice of Electronic Filing)

DATE:                    JULIE RICHARDS JOHNSTON, CLERK
September 1, 2016        (By) /s/ Nicole Briggeman
                         Deputy Clerk